AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Big Red Box, LLC <br><br> *Plaintiff(s)* <br> v. <br> Square, Inc., American Express Company, William Tye Grisel, Joe Grisel, G5 Marketing Solutions, LLC, and John Doe Bank, <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No.  3:18-758-TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Square, Inc.
c/o CT Corporation System
818 West Seventh Street, Ste 930
Los Angeles, CA 90017


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dave Maxfield, Attorney, LLC
5217 N. Trenholm Rd., Ste. B
Columbia, SC 29206


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: March 19, 2018                                                              s/Karen Boston

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Big Red Box, LLC <br><br> *Plaintiff(s)* <br> v. <br> Square, Inc., American Express Company, William Tye Grisel, Joe Grisel, G5 Marketing Solutions, LLC, and John Doe Bank, <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 3:18-758-TLW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  American Express Company
c/o CT Corporation System
111 8th Ave
New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dave Maxfield, Attorney, LLC
5217 N. Trenholm Rd., Ste. B
Columbia, SC 29206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  March 19, 2018                              s/Karen Boston
                                                *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Big Red Box, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:18-758-TLW |
| Square, Inc., American Express Company, William Tye Grisel, Joe Grisel, G5 Marketing Solutions, LLC, and John Doe Bank, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* William Tye Grisel
161 Woodcrest Lane
Gaston, SC 29053-8807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dave Maxfield, Attorney, LLC
5217 N. Trenholm Rd., Ste. B
Columbia, SC 29206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 19, 2018                             s/Karen Boston

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Big Red Box, LLC | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:18-758-TLW |
| Square, Inc., American Express Company, William Tye Grisel, Joe Grisel, G5 Marketing Solutions, LLC, and John Doe Bank, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joe Grisel
617 Willowood Trail
Keller, TX 76248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dave Maxfield, Attorney, LLC
5217 N. Trenholm Rd., Ste. B
Columbia, SC 29206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 19, 2018                                           s/Karen Boston

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Big Red Box, LLC

*Plaintiff(s)*

v.

Square, Inc., American Express Company, William Tye Grisel, Joe Grisel, G5 Marketing Solutions, LLC, and John Doe Bank,

*Defendant(s)*

Civil Action No. 3:18-758-TLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  G5 Marketing Solutions, LLC
c/o Cyndex Services, LLC
2600 Juniper Dr.
Euless, TX 76039

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dave Maxfield, Attorney, LLC
5217 N. Trenholm Rd., Ste. B
Columbia, SC 29206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 19, 2018

s/Karen Boston

*Signature of Clerk or Deputy Clerk*

