IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Big Red Box, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>Square, Inc., American Express Company, William Tye Grisel, Joe Grisel, G5 Marketing Solutions, LLC and John Doe Bank,<br>         Defendants. | Civil Action No. 3:18-cv-00758-DCC-SVH |

## NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER AS TO AMERICAN EXPRESS COMPANY

Plaintiff Big Red Box, LLC and Defendant American Express Company, have agreed to settle the above entitled action. Plaintiff Big Red Box, LLC requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated. This does not operate as a dismissal as to any other party in this action.

              DAVE MAXFIELD, ATTORNEY, LLC

        By:  _s/ Dave Maxfield_____
            David A. Maxfield, Fed. ID 6293
            P.O. Box 11865
            Columbia, SC 29211
            803-509-6800
            855-299-1656 (fax)
            dave@consumerlawsc.com
            *Counsel for Plaintiff*

DATED: August 8, 2018