IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Big Red Box, LLC,<br><br>                              Plaintiff, | Civil Action No. 3:18-cv-00758-JMC |
| vs. | |
| Square, Inc., American Express Company,<br>William Tye Grisel, Joe Grisel, G5 Marketing<br>Solutions, LLC and John Doe Bank,<br>                              Defendants. | |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT</u>
## <u>AMERICAN EXPRESS COMPANY</u>

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Big Red Box, LLC dismisses its

claims as to Defendant American Express Company with Prejudice, having settled its

claims against American Express Company. This does not operate as a dismissal as to

any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC


By:     _s/ Dave Maxfield_____
David A. Maxfield, Fed. ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com
*Counsel for Plaintiff*


DATED: September 21, 2018

Columbia, South Carolina