IN THE UNIED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Big Red Box, LLC,<br><br>                 Plaintiff,<br><br>vs.<br><br>Square, Inc., American Express Company, William Tye Grisel, Joe Grisel, G5 Marketing Solutions, LLC and John Doe Bank,<br><br>                 Defendants. | C/A No.: 3:18-cv-00758-JMC-SVH |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIM UNDER 18 U.S.C. §1961 et. seq. (RICO)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff dismisses its action under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §1961, et. seq., against Defendant Square, Inc. only, without prejudice.  This dismissal does not apply to any other claim, or Defendant herein.

Respectfully submitted,

                                              s/ Dave Maxfield
                                              David A. Maxfield, Fed ID 6293
                                              Dave Maxfield, Attorney, LLC
                                              P.O. Box 11865
                                              Columbia, SC 29211
                                              (803) 509-6800
                                              (855) 299-1656 (fax)
                                              dave@consumerlawsc.com
                                              *Attorney for Big Red Box, LLC*

DATED: September 25, 2018