IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Big Red Box, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>Square, Inc., William Tye Grisel, Joe Grisel and G5 Marketing Solutions, LLC,<br><br>         Defendants. | Civil Action No. 3:18-cv-00758-SAL-SVH |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT G5 MARKETING SOLUTIONS, LLC

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Big Red Box, LLC dismisses its claims as to Defendant G5 Marketing Solutions, LLC without Prejudice. This does not operate as a dismissal as to any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC

By:  s/ Dave Maxfield_____
   David A. Maxfield, Fed. ID 6293
   P.O. Box 11865
   Columbia, SC 29211
   803-509-6800
   855-299-1656 (fax)
   dave@consumerlawsc.com
   *Counsel for Plaintiff*

DATED: February 3, 2020

Columbia, South Carolina