IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Big Red Box, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Square, Inc., William Tye Grisel, and Joe Grisel, <br><br> Defendants | C/A No. 3:18-cv-00758-JMC-SVH |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SQUARE, INC.

Plaintiff Big Red Box, LLC hereby dismisses its claims against Defendant Square, Inc. with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the Plaintiff Big Red Box, LLC dismisses with prejudice all claims asserted or that could have been asserted against Defendant Square, Inc.. Each party agrees to bear its own attorneys' fees and costs. This does not operate as a dismissal as to any other party in this action.

WE SO STIPULATE:

s/ Dave Maxfield_____
Dave Maxfield, Fed. ID 6293
Dave Maxfield, Attorney, LLC
P.O. Box 11865
Columbia, SC 29211
(803) 509-6800
(855) 299-1656 fax
dave@consumerlawsc.com
*Attorney for Big Red Box, LLC*

s/ Meliah Bowers Jefferson_____
Meliah Bowers Jefferson, Fed. Id 10018
Camden N. Massingill, Fed. Id 12105
WYCHE, P.A.
200 E. Camperdown Way
Greenville, SC 29602-0728
(864) 242-8200
(864) 235-8900 fax
mjefferson@wyche.com
cmassingill@wyche.com
*Attorneys for Square, Inc.*

DATED: August 3, 2020